# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMELLE FOSSETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRADY CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 5:16-cv-02572 PA (SPx)<br><br>**FINAL JUDGMENT** |

　　　　WHEREAS, this matter has come before the Court pursuant to an unopposed Motion for Final Approval of Class and FLSA Collective Action Settlement, Class Representative Enhancement, and Request for Attorneys' Fees and Costs, (Dkt. 49), filed by Plaintiff Charmelle Fossett; and

　　　　WHEREAS, this Court has considered all evidence and arguments related to this Motion;

　　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

　　　　1.　　The Court grants Plaintiff's Motion for Final Approval of Class and FLSA Collective Action Settlement, Class Representative Enhancement, and Attorneys' Fees and Costs.

　　　　2.　　The Court finds the Joint Stipulation of Settlement, (Dkt. 50, Ex. 1), is fair, adequate, and reasonable.

3. The Court finds that the form and manner of Notice was reasonably calculated to afford class and collective members an opportunity to present their objections and meets the requirements of due process and Federal Rule of Civil Procedure 23(e).

4. The Court directs the parties to implement and consummate the Joint Stipulation of Settlement according to its terms and provisions.

5. The Court finds that the settlement class and collective action should be certified, for settlement purposes only, according to the definitions set forth in the Joint Stipulation of Settlement, (Dkt. 50, Ex. 1 ¶¶ 4, 14, 26).

6. The Court appoints Plaintiff Charmelle Fossett as Class Representative for settlement purposes.

7. The Court appoints Gleason & Favarote LLP, Becerra Law Firm, and Law Offices of William O. Kampf as Class Counsel for settlement purposes.

8. The Court appoints Simpluris Inc. as Settlement Administrator.

9. Neither this Judgment, nor the Joint Stipulation of Settlement, constitutes an admission or concession by any of the released parties of any fault, omission, liability, or wrongdoing. This Judgment is not a finding of the validity or invalidity of any claims in this action or a determination of any wrongdoing by the Defendants.

10. The Court grants Plaintiff's request for a Representative Enhancement Award of $7,500.00, to be awarded from the settlement fund.

11. The Court grants Plaintiff's request for attorneys' fees in the amount of $300,000.00, and litigation costs in the amount of $10,308.77, to be awarded from the settlement fund.

12. The Court grants Simpluris Inc.'s request for administration expenses in the amount of $14,123.00, to be awarded from the settlement fund.

13. The Court orders Defendants to provide the entirety of the Settlement Fund to the Settlement Administrator for disbursement in accordance with this

-2-

Judgment and the terms of the Joint Stipulation of Settlement. The Court orders the Settlement Administrator to pay all members of the class and collective action in accordance with the terms of the Joint Stipulation of Settlement.

14. This action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 23, 2021

_____
Percy Anderson
United States District Judge